| | |
|---|---|
| 1  EDMUND G. BROWN JR.<br>Attorney General of the State of California<br>2  DAVID S. CHANEY<br>Chief Assistant Attorney General<br>3  FRANCES T. GRUNDER<br>Senior Assistant Attorney General<br>4  JONATHAN L. WOLFF<br>Supervising Deputy Attorney General<br>5  KYLE A. LEWIS - State Bar No. 201041<br>Deputy Attorney General<br>6  455 Golden Gate Avenue, Suite 11000<br>San Francisco, CA 94102-7004<br>7  Telephone: (415) 703-5677<br>Facsimile: (415) 703-5843<br>8  kyle.lewis@doj.ca.gov | ABRAHAM N. GOLDMAN &<br>ASSOCIATES, LTD.<br>Abraham N. Goldman - State Bar No. 102080<br>David Springfield - State Bar No. 226630<br>Post Office Box 120<br>12896 Rices Crossing Road<br>Oregon House, CA 95962-0120<br>Telephone: (530) 692-2267<br>Facsimile: (530) 692-2543<br><br>Attorneys for Plaintiff |

9  Attorneys for Defendants Schwarzenegger,
   Hickman, Tilton, Hartley, and Dezember

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DORIS NEWSOME, Individually, and as Successor-in-Interest to THEODORE HAYWARD, JR., deceased,<br><br>Plaintiff,<br><br>v.<br><br>ARNOLD SCHWARZENEGGER, as Governor of the State of California; RODERICK Q. HICKMAN and JAMES E. TILTON, Secretary of the California Department of Corrections and Rehabilitation; and JAMES D. HARTLEY, Individually and as Warden of Avenal State Prison; ROBIN DEZEMBER, Director of CDCR Correctional Health Care Services, MEET BOPORAI, M.D.; and DOES 1 through 200, and each of them Inclusive,<br><br>Defendants. | C 08-2021 JCS<br><br>STIPULATION AND [PROPOSED] ORDER RE TRANSFER OF ACTION TO EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION |

Based on the following, Defendants ARNOLD SCWARZENEGGER, RODERICK Q. HICKMAN, JAMES E. TILTON, JAMES D. HARTLEY, and ROBIN DEZEMBER

1  (Defendants[1/]) and Plaintiff DORIS NEWSOME jointly stipulate to transfer this action to the
2  United States District Court for the Eastern District of California, Sacramento Division, under 28
3  U.S.C. § 1404(a):
4      1.    This action was originally filed in the San Francisco Division of the Northern
5  District of California;
6      2.    The parties, witnesses, and locations of the alleged incidents in this action are
7  within the Eastern District of California.
8      3.    The convenience of the parties and witnesses and the interests of justice will be
9  served by transferring this action to the Eastern District of California, Sacramento Division.
10 ///
11 ///
12 ///
13 ///
14 ///
15 ///
16 ///
17 ///
18 ///
19 ///
20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 _____

---

1. Defendant MEET BOPORAI has neither been served nor appeared in this litigation as of the date of this stipulation. The Office of the Attorney General is not appearing on his behalf.

Stip. and [Proposed] Order re Transfer of Action      *Newsome v. Schwarzenegger, et al.*
C 08-2021 JCS

THEREFORE, THE PARTIES STIPULATE that this action should be transferred to the United States District Court for the Eastern District of California, Sacramento Division.

Dated: June 20, 2008        ABRAHAM N. GOLDMAN & ASSOCIATES, LTD.
                            Abraham N. Goldman

                            /s/ Abraham Goldman
                            Attorneys for Plaintiff

Dated: June __, 2008        EDMUND G. BROWN JR.
                            Attorney General of the State of California
                            DAVID S. CHANEY
                            Chief Assistant Attorney General
                            FRANCES T. GRUNDER
                            Senior Assistant Attorney General
                            JONATHAN L. WOLFF
                            Supervising Deputy Attorney General

                            _____
                            KYLE A. LEWIS
                            Deputy Attorney General

                            Attorneys for Defendants Hartley and Dezember

This case is transferred to the Eastern District of California, Sacramento Division. The Clerk of the Northern District of California shall deliver the entire court file to Clerk of the Eastern District of California, and take all necessary steps to close this matter in the Northern District.

IT IS SO ORDERED.

Dated: _____        /s/ Susan Illston
                             ~~JOSEPH C. SPERO~~
                             U. S. ~~Magistrate~~ Judge

Stip. and [Proposed] Order re Transfer of Action                    *Newsome v. Schwarzenegger, et al.*
                                                                    C 08-2021 JCS

3

THEREFORE, THE PARTIES STIPULATE that this action should be transferred to the United States District Court for the Eastern District of California, Sacramento Division.

Dated: June __, 2008          ABRAHAM N. GOLDMAN & ASSOCIATES, LTD.
                              Abraham N. Goldman

                              _____
                              Attorneys for Plaintiff

Dated: June 20, 2008          EDMUND G. BROWN JR.
                              Attorney General of the State of California
                              DAVID S. CHANEY
                              Chief Assistant Attorney General
                              FRANCES T. GRUNDER
                              Senior Assistant Attorney General
                              JONATHAN L. WOLFF
                              Supervising Deputy Attorney General

                              _____
                              KYLE A. LEWIS
                              Deputy Attorney General

                              Attorneys for Defendants Schwarzenegger, Hickman, Tilton, Hartley, and Dezember

This case is transferred to the Eastern District of California, Sacramento Division. The Clerk of the Northern District of California shall deliver the entire court file to Clerk of the Eastern District of California, and take all necessary steps to close this matter in the Northern District.

IT IS SO ORDERED.

Dated: _____

                                        _____
                                        JOSEPH C. SPERO
                                        U. S. Magistrate Judge

Stip. and [Proposed] Order re Transfer of Action                        Newsome v. Schwarzenegger, et al.
                                                                                    C 08-2021 JCS