UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

DORIS NEWSOME, individually
and as successor-in-interest
to THEODORE HAYWARD, JR.,
deceased,

      Plaintiff,

  v.

ARNOLD SCHWARZENEGGER, et al.,

      Defendants.

No. 2:08-cv-01510-MCE-DAD

**ORDER**

----oo0oo----

Presently before the Court are Motions attacking Plaintiff's Second Amended Complaint ("SAC") brought 1) by Defendants Thomas C. Wen, M.D., Sarabjit Singh, M.D. and Kern Cardiology Medical Group, Inc. ("the Kern Motion"); and 2) by Defendant Colonial Medical Group, Inc. ("the Colonial Motion").  Both Motions seek to dismiss the First and Fifth Claims contained within the SAC on grounds that said claims fail to state a claim upon which relief can be granted pursuant to Federal Rule of Civil Procedure 12(b)(6).

1

The Colonial Motion further requests that the punitive damage request against Colonial be dismissed as insufficient under applicable law.

Plaintiff has not opposed either Motion. Given that non-opposition, both the Kern Motion and the Colonial Motion (Docket Nos. 45 and 46) are GRANTED.[1] The First and Fifth Claims against Defendants Thomas C. Wen, M.D., Sarabjit Singh, M.S., Kern Cardiology Medical Group, Inc. and Colonial Medical Group, Inc. are hereby dismissed, with prejudice.[2] Plaintiff's prayer for punitive damages as against Defendant Colonial Medical Group, Inc. is also stricken.

IT IS SO ORDERED.

Dated: June 11, 2009

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

---

[1] Because oral argument was not be of material assistance, the Court ordered this matter submitted on the briefs. E.D. Cal. Local Rule 78-230(h).

[2] Because the Court has dismissed said claims given Plaintiff's non-opposition, it is not necessary to rule on Defendants' alternative request for a more definite statement, and the Court declines to do so.