1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| DORIS NEWSOME, Individually ans as Successor-in-Interest to THEODORE HAYWARD, JR., deceased,<br><br>            Plaintiff,<br><br>     v.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>            Defendants. | No. 2:08-cv-01510-MCE-DAD<br><br><br><br><br><br>**ORDER** |

Presently before the Court is a Motion for Entry of Final Judgment, filed on May 7, 2010, as to Defendants Thomas C. Wen, M.D., Sarabijit Singh, M.D. and Kern Cardiology Medical Group, Inc. ("Moving Defendants").  Moving Defendants' request is made on grounds that the Court's June 12, 2010 Order dismissed all claims against them.  Because the same Order also dismissed the claims against another Defendant, Colonial Medical Group, Inc., in their entirety, Colonial has joined in Moving Defendants' request that a final judgment be entered with respect to their involvement in this litigation.

1

1  Both Plaintiff and the remaining Defendants still active in
2 this lawsuit have filed Statements of Non-Opposition.  Given that
3 non-opposition, and good cause appearing, Moving Defendants'
4 Motion (Docket No. 62), as well as Colonial's request for joinder
5 in the Motion (Docket No. 65) are hereby GRANTED.[1]  The Clerk of
6 Court is directed to enter a final judgment in favor of
7 Defendants Thomas C. Wen, M.D., Sarabijit Singh, M.D., Kern
8 Cardiology Medical Group, and Colonial Medical Group, Inc.
9  IT IS SO ORDERED.

Dated: June 10, 2010

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

---

[1] Because oral argument was not be of material assistance, the Court ordered this matter submitted on the briefs.  E.D. Cal. Local Rule 230(g).

2