UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

DORIS NEWSOME, Individually
and as Successor-in-Interest
to THEODORE HAYWARD, JR.,
deceased,

        No. 2:08-cv-01510-MCE-KJN

    Plaintiff,

  v.                             **ORDER**

ARNOLD SCHWARZENEGGER, et al.,

    Defendants.

----oo0oo----

Presently before the Court is a motion, brought on behalf of Defendants Tilton, Mendoza-Powers. Poparai, Surya and Farber-Szekrenyi, seeking summary judgment pursuant to Federal Rule of Civil Procedure 56 on grounds that said Defendants are entitled to judgment as a matter of law in this case.  Doris Newsome, as mother and successor-in-interest to her son, Theodore Hayward Jr., alleges in the instant matter that Hayward's death was caused by deliberate indifference to his serious medical needs in violation of the Eighth Amendment.

1

On November 4, 2011, Plaintiff's counsel filed a Statement of Non-Opposition to Defendants' Motion (ECF No. 78) which specifically provides that Plaintiff does not oppose the motion brought on behalf of the Defendants enumerated above.  Given that non-opposition, and good cause appearing therefor, Defendants' Motion for Summary Judgment (ECF No. 76) is hereby GRANTED.[1] Defendants Tilton, Mendoza-Powers, Boparai, Surya and Farber-Szekrenyi are hereby dismissed from this action.

IT IS SO ORDERED.

Dated: January 18, 2012

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

---

[1] Because oral argument was not be of material assistance, the Court ordered this matter submitted on the briefs.  E.D. Cal. Local Rule 78-230(h).