DAVID SPRINGFIELD, SBN 226630
THE SPRINGFIELD LAW FIRM
POST OFFICE BOX 660
12896 RICES CROSSING ROAD
OREGON HOUSE, CA 95962
TEL.: (530) 635-3615
EMAIL: DAVID.SPRINGFIELD@GMAIL.COM

ATTORNEYS FOR PLAINTIFF
DORIS NEWSOME, INDIVIDUALLY AND AS
SUCCESSOR-IN-INTEREST TO THEODORE
HAYWARD, JR., DECEASED

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| DORIS NEWSOME, Individually, and as Successor-in-Interest to THEODORE HAYWARD, JR. deceased,<br><br>Plaintiff,<br><br>v.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>Defendants. | 2:08-cv-1510-MCE-AC<br><br>**ORDER RE: DISMISSAL WITH PREJUDICE** |

Pursuant to the parties' stipulation, ECF No. 84, this case is hereby DISMISSED WITH PREJUDICE in its entirety as to all Defendants, served or unserved, and the parties to bear their own fees and costs.

IT IS SO ORDERED.

Dated:  January 16, 2014

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT

1